

Loren R. Barron, Esq.
Direct Dial: 302-313-9604
lbarron@margolisedelstein.com

File No. 49600.0-01244

ATTORNEYS AT LAW
www.margolisedelstein.com

**PHILADELPHIA OFFICE:***
**The Curtis Center**
**170 S. Independence Mall W.**
**Suite 400E**
**Philadelphia, PA 19106-3337**
**215-922-1100**
**Fax: 922-1772**
_____

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA 17011
717-975-8114

PITTSBURGH OFFICE:
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
412-281-4256

WESTERN PA OFFICE:
983 Third Street
Beaver, PA 15009
724-774-6000

SCRANTON OFFICE:
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:
100 Century Parkway, suite 200
P.O. Box 5084.
Mt. Laurel, NJ 08054
856-727-6000
FAX 856-727-6010

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-888-1112

*Member of the Harmonie Group

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801

Dear Judge Noreika:

    I have reviewed the exhibits and papers attached to the Motion for Summary Judgement filed on October 4, 2021 to locate any instances of Ms. Deshields' personal information. Upon further review, there are no other exhibits or papers that need to be redacted.

    I am available at the court's convenience.

                              Respectfully submitted,

                              */s/ Loren R. Barron*
                              Loren R. Barron