# EXHIBIT B

# J.R. Rents, Inc
## Dba Aaron Rents Inc.
59 Marrows Road Newark, DE 19713
office 302-266-8082 fax 866-506-6738

*Aaron Rents, Inc.*
PERSONNEL STATUS CHANGE FORM

[ ] REHIRE   [ ] NEW EMPLOYEE   [X] CHANGE          DATE 6/27/19

EMPLOYEE NAME Chanae Deshields          STORE # F121

HOME ADDRESS -Street 111 W. Loockwman St   Apt 3

Town Dover   State DE   Zip 19904

SOCIAL SECURITY # [REDACTED]   EXEMPTIONS: FEDERAL___ STATE___

POSITION MT

DATE OF BIRTH [REDACTED]          RACE: [ ] WHITE  [X] BLACK  [ ] HISPANIC
                                         [ ] ORIENTAL  [ ] AMERICAN INDIAN

[ ] MALE  [X] FEMALE          [ ] OTHER

RATE/SALARY

SPECIAL INSTRUCTIONS: _____

STATUS CHANGE:   FROM          TO
STORE #          F121          ___
POSITION         ___           ___
RATE/WAGE        $ 13 PER h    $___ PER ___

TERMINATION DATE  6/27/19  (LAST DAY WORKED)

REASON FOR TERMINATION (be specific) (17) Solicitation of customers for personal reasons or business / (20) Unauthorized possession or use of company property / (21) Unauthorized copying or removal of company information

UNIFORMS RETURNED  [ ] YES  [ ] NO   If balance due $ owed ___

EMPLOYEE PURCHASE  [ ] YES  [ ] NO   If balance due $ owed ___

FURNITURE LEASED   [ ] YES  [ ] NO   If balance due $ owed ___

MANAGER'S APPROVAL _____