

**Loren R. Barron, Esq.**
**Direct Dial: 302-313-9604**
lbarron@margolisedelstein.com

ATTORNEYS AT LAW
www.margolisedelstein.com

**PHILADELPHIA OFFICE:***
**The Curtis Center**
**170 S. Independence Mall W.**
**Suite 400E**
**Philadelphia, PA 19106-3337**
**215-922-1100**
**Fax: 922-1772**
_____

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA 17011
717-975-8114

PITTSBURGH OFFICE:
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
412-281-4256

WESTERN PA OFFICE:
983 Third Street
Beaver, PA 15009
724-774-6000

SCRANTON OFFICE:
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:
100 Century Parkway, suite 200
P.O. Box 5084.
Mt. Laurel, NJ 08054
856-727-6000
FAX 856-727-6010

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-888-1112

*Member of the Harmonie Group

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *DeShields v. JR Rents* - C.A. No. 1:20-cv-01626 MN

Dear Judge Noreika:

    I represent Defendant JR Rents in the subject case which is scheduled for trial on February 22, 2022. The parties have come to an agreement to settle this matter, and a Stipulation to Dismiss is pending. The matter may be removed from the Court's trial calendar. Plaintiff's counsel concurs.

    I am available at the court's convenience.

    Respectfully submitted,

    */s/ Loren R. Barron*

    Loren R. Barron (#5590)
    Words: 105

cc: Gary Junge, Esq.